| | |
|---|---|
| 1 | SIDNEY M. WOLINSKY (CA BAR NO. 33716) (swolinsky@dralegal.org) |
| 2 | MARY-LEE K. SMITH (CA BAR NO. 239086)  (msmith@dralegal.org) |
|   | ZOE CHERNICOFF (CA BAR NO. 274545)  (zchernicoff@dralegal.org) |
| 3 | KARA JANSSEN (CA BAR NO. 274762)  (kjanssen@dralegal.org) |
|   | DISABILITY RIGHTS ADVOCATES |
| 4 | 2001 Center Street, Fourth Floor |
|   | Berkeley, CA  94704-1204 |
| 5 | Telephone:      (510) 665-8644 |
|   | Facsimile:       (510) 665-8511 |

HERNAN VERA (CA BAR NO. 175149)  (hvera@publiccounsel.org)
LAURA FAER (CA BAR NO. 233846)  (lfaer@publiccounsel.org)
PUBLIC COUNSEL
2001 Center Street, Fourth Floor
Berkeley, CA  94704-1204
Telephone:      (510) 529-3419
Facsimile:       (213) 385-9089

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| CONTRA COSTA COUNTY, | Case No.  C 14-00270 MEJ |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT'S AMENDED STIPULATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| v. | |
| GAIL F., EDUCATIONAL RIGHTS HOLDER, ON BEHALF OF G.F., | |
| Defendant. | |

# [~~PROPOSED~~] ORDER

WHEREFORE, this Court having considered Defendant's Amended Stipulated Administrative Motion To File Under Seal, and the supporting Declaration, and good cause appearing,

IT IS THEREFORE ORDERED that the transcript of the administrative record Defendant filed pursuant to N.D. Cal. Civ. L.R. 16-5 shall be filed under seal.

IT IS SO ORDERED.

DATED: _____May 19_____, 2014      _____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

---

*Contra Costa County v. Gail F.*, **Case No.  C 14-270**
[Proposed] Order Granting Defendant's Amended Stipulated Administrative Motion To File Under Seal     1